**SHA-1 Hash:** D4910A575283A5F7686A90F4DEF9B48E85D33E71   **Title:** Three for the Show
**Rights Owner:** Malibu Media, LLC

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|------|-----|----------------|------|-------|-----|---------|
| 1 | 24.0.213.254 | 09/23/2012 23:59:30 | North Arlington | NJ | Comcast Cable | BitTorrent |
| 2 | 24.0.95.209 | 10/07/2012 14:08:25 | East Brunswick | NJ | Comcast Cable | BitTorrent |
| 3 | 68.36.65.131 | 09/28/2012 17:13:36 | Eatontown | NJ | Comcast Cable | BitTorrent |
| 4 | 68.37.252.62 | 10/04/2012 00:20:49 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 5 | 68.38.235.206 | 09/25/2012 02:51:01 | Scotch Plains | NJ | Comcast Cable | BitTorrent |
| 6 | 68.39.94.171 | 09/30/2012 02:14:31 | Iselin | NJ | Comcast Cable | BitTorrent |
| 7 | 68.44.80.181 | 10/01/2012 03:16:35 | Port Reading | NJ | Comcast Cable | BitTorrent |
| 8 | 69.136.243.70 | 09/29/2012 02:09:20 | Sicklerville | NJ | Comcast Cable | BitTorrent |
| 9 | 69.141.241.168 | 09/27/2012 19:15:22 | Long Branch | NJ | Comcast Cable | BitTorrent |
| 10 | 76.116.118.65 | 09/24/2012 03:41:26 | Hightstown | NJ | Comcast Cable | BitTorrent |
| 11 | 98.221.83.235 | 09/24/2012 12:00:03 | Somerset | NJ | Comcast Cable | BitTorrent |

EXHIBIT A

CNJ35